FILED
JUL 0 1 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 10CR1566-GT |
| Plaintiff, | |
| v. | |
| PORFIRIO BURGARA-MONTANA, | ORDER TO CONTINUE SENTENCING HEARING |
| Defendant. | |

Upon joint motion of the parties and good cause appearing,

IT IS HEREBY ORDERED that the Sentencing hearing in the above-referenced case be continued from July 28, 2010 at 9:00 a.m. to August 2, 2010 at 9:00 a.m.

DATED: 7-1-10

HONORABLE GORDON THOMPSON
Senior U.S. District Court Judge